**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-CV-21454-MGC**

PEPITO RODRIGUEZ, JR.,

    Plaintiff,

vs.

REX AUTO SERVICE CORP, a Florida
Profit Corporation; OSWALDO
CARRIZO, Individual,

    Defendants.

_____/

## OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

    TO: PLAINTIFF, PEPITO RODRIGUEZ, JR., BRIAN h. POLLOCK, ESQ, AND HIS ATTORNEYS OF RECORD:

    Defendants, **REX AUTO SERVICE CORP, a Florida Profit Corporation; OSWALDO CARRIZO, Individual,** ("Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiff, **PEPITO RODRIGUEZ, JR.,** ("Plaintiff") and against Defendants, jointly and severally, in the sum of $4,801.00 (four thousand, eight-hundred and one dollars) less the amount of costs accrued in favor of the plaintiff, with the result that the total judgment amount, including recoverable costs, which Defendants shall be obligated to pay shall be $4,801.00. This shall be the total amount to be paid by Defendants on account of any liability claimed in this action, including all costs of suit and attorney's fees otherwise recoverable in this action by Plaintiff.

    If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within ten (10) days of the date this offer is made.

This offer is not an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim.

DATED: June 26, 2018                    Law Office of Julio Gutierrez, P.A.

                                        Respectfully submitted,

                                        **JULIO GUTIERREZ, P.A.**
                                        2464 S.W. 137 Avenue
                                        Miami, Florida 33175
                                        Tel: (305) 325-8600
                                        Fax: (305) 553-9313

                                        /s/ Julio Gutierrez

                                        JULIO GUTIERREZ
                                        Florida Bar no.602426
                                        jgpa@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on June 26, 2018, by the Law Office of Julio Gutierrez, P.A., via CM/ECF to:

**Fairlaw Firm,** *Attorneys for Plaintiff, Pepito Rodriguez,* c/o Brian H. Pollock, at brian@fairlawattorney.com; and

                                        /s/ Julio Gutierrez, Esq.
                                        Julio Gutierrez, Esq.
                                        FBN: 602426