UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-CV-21454-MGC**

PEPITO RODRIGUEZ, JR.,

      Plaintiff,

vs.

REX AUTO SERVICE CORP, a Florida Profit Corporation; OSWALDO CARRIZO, Individual,

      Defendants.

_____/

**NOTICE STRIKING THE OFFER OF JUDGMENT FILED IN ERROR**

    Defendants, **REX AUTO SERVICE CORP, a Florida Profit Corporation; OSWALDO CARRIZO, Individual,** ("Defendants") hereby file this notice striking the filing of the offer of judgment.

1. Offer of Judgment was filed in error by the office.

DATED: June 26, 2018                    Law Office of Julio Gutierrez, P.A.

                                             Respectfully submitted,

                                             **JULIO GUTIERREZ, P.A.**
                                             2464 S.W. 137 Avenue
                                             Miami, Florida 33175
                                             Tel: (305) 325-8600
                                             Fax: (305) 553-9313

                                             /s/ Julio Gutierrez

                                             JULIO GUTIERREZ
                                             Florida Bar no.602426
                                             jgpa@msn.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on June 26, 2018, by the Law Office of Julio Gutierrez, P.A., via CM/ECF to:

**Fairlaw Firm,** *Attorneys for Plaintiff, Pepito Rodriguez,* c/o Brian H. Pollock, at brian@fairlawattorney.com; and

/s/ Julio Gutierrez, Esq.
Julio Gutierrez, Esq.
FBN: 602426