UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-21454-COOKE/GOODMAN

PEPITO RODRIGUEZ, JR.,

    Plaintiff,

vs.

REX AUTO SERVICE CORP and
OSWALDO J. CARRIZO,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, PEPITO RODRIGUEZ, JR., notifies the Court that the parties have settled their

dispute and are in the process of negotiating and executing the written Settlement Agreement and

HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in

the U.S. District Court's CM/EDF System on this 15th day of October, 2018 on Julio Gutierrez,

Esq., The Law Offices of Julio Gutierrez, P.A., *Counsel for Defendants*, jgpa@msn.com, 2464

S.W. 137 Avenue, Miami, Florida 33175 all who appeared in this action.

                         FAIRLAW FIRM
                         *Counsel for Plaintiff*
                         7300 N. Kendall Drive
                         Suite 450
                         Miami, FL 33156
                         Tel:   305.230.4884
                         Fax:   305.230.4844

                         *s/Brian H. Pollock, Esq.*
                         Brian H. Pollock, Esq.
                         Fla. Bar No. 174742
                         brian@fairlawattorney.com