UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-21454-CIV-COOKE/GOODMAN

PEPITO RODRIGUEZ JR.,

    Plaintiff,

v.

REX AUTO SERVICE CORP., et al.,

    Defendants.

_____/

**ORDER REGARDING COUNSEL'S
<u>FAILURE TO APPEAR AT TELEPHONIC FAIRNESS HEARING</u>**

The Undersigned scheduled a telephonic fairness hearing for November 7, 2018, at 10:00 a.m. [ECF No. 28]. Attorney Julio Gutierrez, who represents Defendants Rex Auto Service Corp. and Oswaldo Carrizo, failed to call in to the hearing. The Undersigned entered an Order to Show Cause directing Mr. Gutierrez to submit an affidavit explaining why he failed to call in and why he should not be required to reimburse Plaintiff in the amount of $100 for his counsel's time. [ECF No. 32].

Mr. Gutierrez submitted an affidavit explaining that he was not aware that he was required to attend the hearing and he agrees with the Undersigned's proposed order that he reimburse Plaintiff for his counsel's time. [ECF No. 34]. Therefore, by November 27, 2018, Mr. Gutierrez shall pay $100 to Mr. Pollack for his attorney's fees for attending the hearing. Mr. Gutierrez shall also, within two days of making the

payment, submit an affidavit or declaration of compliance confirming payment to the Undersigned's e-file inbox (goodman@flsd.uscourts.gov), not on CM/ECF. The Undersigned does not deem this expense-shifting award to be an indication that Mr. Gutierrez acted in bad faith. Rather, it is merely a consequence of his failure to timely appear for the scheduled telephonic fairness hearing. It is not a disciplinary sanction of any kind.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on November 14, 2018.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All counsel of record