UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-21454-COOKE/GOODMAN

PEPITO RODRIGUEZ, JR.,

    Plaintiff,

vs.

REX AUTO SERVICE CORP and
OSWALDO J. CARRIZO,

    Defendants.
_____/

**SUPPLEMENTAL NOTICE OF COMPLIANCE WITH ECF NO. 28**

    Plaintiff, PEPITO RODRIGUEZ, JR., notifies the Court that he further complied with ECF No. 28 by filing his updated/corrected time records and HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 14th day of November 2018, which will effect service on Julio Gutierrez, Esq., The Law Offices of Julio Gutierrez, P.A., *Counsel for Defendants*, jgpa@msn.com, 2464 S.W. 137 Avenue, Miami, Florida 33175.

                                              FAIRLAW FIRM
                                              *Counsel for Plaintiff*
                                              7300 N. Kendall Drive
                                              Suite 450
                                              Miami, FL 33156
                                              Tel:    305.230.4884
                                              Fax:   305.230.4844

                                              *s/*Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com